IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-003-FDW-DCK

| TONYA ECKARD DARDEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| COMMSCOPE TECHNOLOGIES, LLC, and COMMSCOPE, INC., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by Wade E. Ballard, concerning Kristin S. Gray on February 15, 2019. Ms. Kristin S. Gray seeks to appear as counsel *pro hac vice* for Defendants CommScope Technologies, LLC and CommScope, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED.** Ms. Kristin S. Gray is hereby admitted *pro hac vice* to represent Defendants CommScope Technologies, LLC and CommScope, Inc.

**SO ORDERED**.

Signed: February 19, 2019

David C. Keesler
United States Magistrate Judge